■ In the Matter of GENESEE VALLEY NATIONAL BANK AND TRUST COMPANY OF GENESEO, as Trustee Under the Will of JAMES W. WADSWORTH, Deceased. ALICE W. STRONG, Appellant.—

920

Present—Dillon, P. J., Denman, Green, Balio and Lawton, JJ.